THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LINDEN GROVE, LLC, a Washington limited liability company; THE LINDEN GROVE APARTMENTS; and OWEN STRECKER,

Plaintiffs,

v.

UNITED STATES FIRE INSURANCE COMPANY; HARTFORD FIRE INSURANCE COMPANY; DISCOVER PROPERTY AND CASUALTY INSURANCE; and THE AMERICAN INSURANCE COMPANY,

Defendants.

No. 2:13-cv-01616-MJP

STIPULATED MOTION TO DISMISS PLAINTIFFS' CLAIMS AGAINST DEFENDANT AMERICAN INSURANCE COMPANY WITH PREJUDICE

**NOTE ON MOTION CALENDAR:**

April 24, 2014

It is stipulated and agreed by and among Plaintiffs Linden Grove, LLC, the Linden Grove Apartments, and Owen Strecker and Defendant American Insurance Company, through their respective counsel, that all claims that were or could have been asserted should be dismissed, with prejudice and without attorney fees, expenses, or costs to any party.

STIPULATED MOTION TO DISMISS PLAINTIFFS' CLAIMS AGAINST DEFENDANT AMERICAN INSURANCE COMPANY WITH PREJUDICE

Page 1

Bullivant|Houser|Bailey PC
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930

1  IT IS SO ORDERED this 25th day of April 2014.

2

3

4  _____
   Marsha J. Pechman
5  Chief United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26